ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212)637-2712
Fax. (212) 637-2750

MAR 25 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
TAINA LOPEZ,                        :
                                    :
                Plaintiff,          :
                                    :
        - v. -                      :   STIPULATION AND ORDER
                                    :        OF REMAND
MICHAEL J. ASTRUE,                  :   07 Civ. 3083 (LAK)
Commissioner of                     :
Social Security,                    :
                                    :
                Defendant.          :
- - - - - - - - - - - - - - - - - -x

   IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that this

action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       March 17, 2008

                          THE LEGAL AID SOCIETY
                          Attorneys for Plaintiff

By: _____
    SUSAN J. HOROWITZ, ESQ.
    199 Water Street, 3rd Floor
    New York, New York 10038
    Telephone No. (212)577-3616

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for Defendant

By: _____
    JOHN E. GURA, JR.,
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2712
    John.Gura@usdoj.gov

SO ORDERED

_____
United States District Judge

3/27/08